# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RASHAUNDA FARMER AND DIANE ESON, | |
| Plaintiffs, | Case No. 2:13-cv-00686-GMN-GWF |
| vs. | **ORDER** |
| MGM GRAND HOTEL, LLC, d/b/a MGM GRAND HOTEL, CASINO AND THEME PARK, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion for Sanctions (#39), filed on March 24, 2014. Defendants filed their Response (#47) on April 10, 2014. The Court conducted a hearing in this matter on May 7, 2014.

## BACKGROUND AND DISCUSSION

The principal grounds for Plaintiffs' motion for sanctions is its allegation that Defendants misidentified who employed the security officers who allegedly refused to allow Plaintiffs to enter the Wet Republic pool area because of their race. That issue has been resolved by Order (#55) which allowed Plaintiffs to file a second amended complaint adding FDR Management, LLC, d/b/a AMG Management Group as a defendant in this case. The Court finds that the circumstances relating to this issue do not justify the imposition of sanctions against Defendants. Plaintiffs failed to set forth with any particularity in their motion the alleged grounds for imposing sanctions against Defendants. Plaintiffs' bare allegations of misrepresentations or other misconduct by Defendants, without providing any reasonable detailed explanation of the same does not support a motion for sanctions. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sanctions (#39) is **denied.**

DATED this 6th day of June, 2014.

                                                                    _____
                                                                    GEORGE FOLEY, JR.
                                                                    United States Magistrate Judge